FILED

1   TODD W. BONDER, ESQ. (Cal. Bar No. 116482)
      *tbonder@rmslaw.com*
2   WILLIAM NATHAN CANBY, ESQ. (Cal. Bar No. 196393)    10 MAR 23  PM 3: 59
      *ncanby@rmslaw.com*
3   ROSENFELD, MEYER & SUSMAN, LLP                    CLERK U.S. DISTRICT COURT
      9601 Wilshire Boulevard, Suite 710                 CENTRAL DIST. OF CALIF.
4   Beverly Hills, California 90210-5225                      LOS ANGELES
      Telephone:  (310) 858-7700                          BY:_____
5   Facsimile:  (310) 860-2430

6   Attorneys for Plaintiff
      DERECK SELTZER
7

8                   UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11  DERECK SELTZER,                          Case No. **CV 10- 02103 -PSG**
                                                                       **(PGG)**
12               Plaintiff,                         **COMPLAINT FOR DIRECT AND
                                                     CONTRIBUTORY LIABILITY
13        vs.                                      FOR:**

14  GREEN DAY, INC., a corporation;          **(1) COPYRIGHT
      GREEN DAY TOURING, INC., a                    INFRINGEMENT;**
15  corporation; GREEN DAY, a
      partnership; GREEN DAY, a business      **(2) VIOLATION OF SECTION 43(a)
16  entity (form unknown);                          OF LANHAM TRADEMARK
      BILLIE JOE ARMSTRONG, an                      ACT - UNFAIR
17  individual; FRANK EDWIN                         COMPETITION;**
      WRIGHT III professionally known as
18  TRE COOL, an individual;                  **(3) UNFAIR COMPETITION; AND**
      MICHAEL RYAN PRITCHARD
19  professionally known as MIKE            **(4) DILUTION AND/OR INJURY
      DIRNT, an individual;                         TO BUSINESS REPUTATION**
20  WARNER BROS. RECORDS INC.,
      a corporation;
21  INFECT PRODUCTIONS, a
      partnership; INFECT                      **DEMAND FOR JURY TRIAL**
22  PRODUCTIONS, a sole
      proprietorship; INFECT
23  PRODUCTIONS, a business entity
      (form unknown); ROGER STAUB,
24  an individual; and
      DOES 1 through 10, inclusive,
25
                  Defendants.
26

27

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02                               1

1    Plaintiff, DERECK SELTZER (hereinafter referred to as "Plaintiff"),

2  complains and alleges as follows:

3    **ALLEGATIONS COMMON TO ALL CLAIMS**

4  **JURISDICTION AND VENUE**

5    1.    The first and second claims hereof each arise under the Copyright Act

6  of 1976, 17 U.S.C. § 101 *et seq*.  This Court has jurisdiction over the subject matter

7  of these claims pursuant to 28 U.S.C. Sections 1331 and 1338(a).  The third and

8  fourth claims hereof arise under the provisions of the Lanham Trademark Act of

9  1946, as amended, 15 U.S.C. § 1051 *et seq*., particularly under 15 U.S.C. Section

10  1125(a), as amended, and allege the use in interstate commerce of false designations

11  of origin and of false descriptions and representations.  This Court has jurisdiction

12  over the subject matter of these claims pursuant to 15 U.S.C. Section 1121 and 28

13  U.S.C. Sections 1331 and 1338.  The fifth and sixth claims hereof each arise under

14  the common law and statutory law of this State relating to trademark infringement

15  and unfair competition.  This Court has jurisdiction over the subject matter of such

16  claims pursuant to the provisions of 28 U.S.C. Section 1338(b), such being claims of

17  unfair competition, dilution and injury to business reputation joined with substantial

18  and related claims under the Trademark Laws of the United States, and under the

19  law of supplemental jurisdiction.

20    2.    Venue is proper in this judicial district pursuant to 28 U.S.C. Sections

21  1391(b) through (c), 1392 and 1400(a).

22  **THE PARTIES**

23    3.    Plaintiff is, and at all times material hereto was, an individual residing

24  in the State of California and this District.

25    4.    Plaintiff is informed and believes, and upon that basis alleges, that at all

26  times relevant hereto:

27        a.    Defendant GREEN DAY, INC. (hereinafter "Green Day, Inc.")

28  is a California corporation doing business in the County of Los Angeles, State of

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

2

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   California, with its principal place of business in the State of California and this

2   District, and is and/or was carrying out the activities and/or causing the injuries and

3   damages complained of herein in this District and elsewhere;

4           b.    Defendant GREEN DAY TOURING, INC. (hereinafter "Green

5   Day Touring, Inc.") is a California corporation doing business in the County of Los

6   Angeles, State of California, with its principal place of business in the State of

7   California and this District, and is and/or was carrying out the activities and/or

8   causing the injuries and damages complained of herein in this District and elsewhere;

9           c.    Defendant GREEN DAY is a partnership (hereinafter "Green

10   Day Partnership") doing business in the County of Los Angeles, State of California,

11   with its principal place of business in the State of California and this District, and is

12   and/or was carrying out the activities and/or causing the injuries and damages

13   complained of herein in this District and elsewhere;

14           d.    Defendant GREEN DAY is a business entity of unknown form

15   (hereinafter "Green Day Business Entity") doing business in the County of Los

16   Angeles, State of California, with its principal place of business in the State of

17   California and this District, and is and/or was carrying out the activities and/or

18   causing the injuries and damages complained of herein in this District and elsewhere;

19           e.    Defendant BILLIE JOE ARMSTRONG (hereinafter "B.

20   Armstrong") is an individual residing in the State of California, is an officer and

21   owner of defendants Green Day, Inc. and/or Green Day Touring, Inc., is a partner of

22   Green Day Partnership, is doing business in the County of Los Angeles, State of

23   California, and is and/or was carrying out the activities and/or causing the injuries

24   and damages complained of herein in this District and elsewhere;

25           f.    Defendant FRANK EDWIN WRIGHT III professionally known

26   as TRE COOL (hereinafter "T. Cool") is an individual residing in the State of

27   California, is an officer and owner of defendants Green Day, Inc. and/or Green Day

28   Touring, Inc., is a partner of Green Day Partnership, is doing business in the County

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

3

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  of Los Angeles, State of California, and is and/or was carrying out the activities

2  and/or causing the injuries and damages complained of herein in this District and

3  elsewhere;

4         g.      Defendant MICHAEL RYAN PRITCHARD professionally

5  known as MIKE DIRNT (hereinafter "M. Dirnt") is an individual residing in the

6  State of California, is an officer and owner of defendants Green Day, Inc. and/or

7  Green Day Touring, Inc., is a partner of Green Day Partnership, is doing business in

8  the County of Los Angeles, State of California, and is and/or was carrying out the

9  activities and/or causing the injuries and damages complained of herein in this

10  District and elsewhere;

11        h.      Defendant WARNER BROS. RECORDS INC. (hereinafter

12  "Warner Bros.") is a corporation doing business in the County of Los Angeles, State

13  of California, with its principal place of business located at 3300 Warner Boulevard

14  Burbank, California 91505-4694, and is and/or was carrying out the activities and/or

15  causing the injuries and damages complained of herein in this District and elsewhere;

16        i.      Defendant INFECT PRODUCTIONS is a partnership

17  (hereinafter "Infect Partnership") doing business in the County of Los Angeles,

18  State of California, with its principal place of business located at 8819 Appian Way,

19  Los Angeles, California 90046, and is and/or was carrying out the activities and/or

20  causing the injuries and damages complained of herein in this District and elsewhere;

21        j.      Defendant INFECT PRODUCTIONS is a sole proprietorship

22  (hereinafter "Infect Proprietorship") doing business in the County of Los Angeles,

23  State of California, with its principal place of business located at 8819 Appian Way,

24  Los Angeles, California 90046, and is and/or was carrying out the activities and/or

25  causing the injuries and damages complained of herein in this District and elsewhere;

26        k.      Defendant INFECT PRODUCTIONS is a business entity of

27  unknown form (hereinafter "Infect Business Entity") doing business in the County

28  of Los Angeles, State of California, with its principal place of business located at

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

4

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   8819 Appian Way, Los Angeles, California 90046, and is and/or was carrying out

2   the activities and/or causing the injuries and damages complained of herein in this

3   District and elsewhere;

4           l.     Defendant ROGER STAUB (hereinafter "R. Staub") is an

5   individual residing in the State of California, is a partner of Infect Partnership, is

6   doing business as Infect Proprietorship, is an officer and owner of Infect Business

7   Entity, is doing business in the County of Los Angeles, State of California, and is

8   and/or was carrying out the activities and/or causing the injuries and damages

9   complained of herein in this District and elsewhere;

10           m.    Defendants B. Armstrong, T. Cool, M. Dirnt and DOES 1

11   through 20, inclusive, are each officers, directors, owners, partners or agents of

12   defendants Green Day, Inc., Green Day Touring, Inc., Green Day Partnership and/or

13   Green Day Business Entity, and are each doing business under the name and style

14   "Green Day," on the World Wide Web at www.greenday.com, within the County of

15   Los Angeles, State of California, and elsewhere; and

16           n.     Defendants R. Staub and DOES 21 through 30, inclusive, are

17   each officers, directors, owners, partners or agents of defendants Infect Partnership,

18   Infect Proprietorship and/or Infect Business Entity, and are each doing business

19   under the name and style "Infect Productions," at 8819 Appian Way, Los Angeles,

20   California 90046.

21           5.     The true names and capacities, whether individual, corporate, associate

22   or otherwise, of defendant DOES 1 through 50, inclusive, and each of them, are

23   unknown to Plaintiff at this time, who therefore sues said defendants by such

24   fictitious names. Each of defendant DOES 1 through 50, inclusive, has and/or is

25   assisting, aiding and abetting the named defendants in carrying out the activities

26   complained of herein, or otherwise participated in, contributed to, or is legally

27   responsible in some other manner for the events and occurrences herein alleged,

28   Plaintiff's damages as alleged herein were proximately caused thereby, and each

LAW OFFICES,
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

5

COMPLAINT FOR COPYRIGHT
INFRINGEMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   such defendant is liable to Plaintiff thereon.  Plaintiff will, with leave of court,

2   amend this Complaint to show the true names and capacities of each of DOES 1

3   through 50 when the same have been ascertained.

4         6.     Plaintiff is informed and believes, and upon that basis alleges, that

5   defendants Green Day, Inc., Green Day Touring, Inc., Green Day Partnership, Green

6   Day Business Entity, B. Armstrong, T. Cool, M. Dirnt, Warner Bros., Infect

7   Partnership, Infect Proprietorship, Infect Business Entity, R. Staub and DOES 1

8   through 50, inclusive, and each of them (hereinafter individually and collectively

9   referred to as "Defendants"), were at all times relevant hereto the agents, servants,

10   partners, employees, representatives, co-conspirators and/or alter egos of each of the

11   other defendants with respect to the matters and events alleged herein, and were

12   acting within the course and scope of such agency, partnership, employment,

13   representative, conspiracy and/or alter ego relationship in doing the things herein

14   alleged with the consent, permission, authorization and ratification of said other

15   defendants, and each of them.

16 **PLAINTIFF'S ACTIVITIES**

17         7.     Plaintiff is an up-and-coming Los Angeles-based artist and illustrator.

18   On or about July 3, 2003, Plaintiff created certain artwork entitled *Scream Icon*, and

19   thereby obtained copyright protection for the work(s), in the United States of

20   America and elsewhere.  *Scream Icon* is a striking close-up image of a face that is

21   unique and highly identifiable.

22         8.     The appearance and other qualities of *Scream Icon* is inherently

23   distinctive and serves to identify Plaintiff and his licensee as the source of goods and

24   services bearing the images and/or other qualities thereof.  The design, configuration

25   and distinctive features of *Scream Icon*, and of works related thereto (hereinafter

26   individually and collectively referred to as "Seltzer's Copyrighted Works"), are

27   wholly original with Plaintiff and constitute copyrightable subject matter under the

28   Copyright Act of 1976, 17 U.S.C. § 101 *et seq.*

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

6

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

9.    Among other things and without limitation, Plaintiff used Seltzer's Copyrighted Works, including without limitation *Scream Icon*, as a personal icon in the years following their creation.  Through this use, as well as through showings and licensed use of the work(s) and derivative images Plaintiff created thereof, Seltzer's Copyrighted Works, including without limitation *Scream Icon*, each became closely associated with Plaintiff.

10.    Plaintiff owns and controls all right, title and interest in and to Seltzer's Copyrighted Works, and each of them, including without limitation *Scream Icon*, including all intellectual property rights, copyrights and trademarks therein and thereto.

11.    Plaintiff has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to *Scream Icon* and other copyrighted works of Plaintiff, and, as alleged below, has received one or more certificates of registration for Seltzer's Copyrighted Works from the United States Copyright Office.

12.    The copyrights infringed by the Defendants herein, and each of them, include, but are not necessarily limited to, the copyrights reflected in Certificate of Registration No. VA 1-690-424, a copy of which is attached hereto at Exhibit "A" and incorporated herein by this reference as if fully set forth herein.

13.    Plaintiff has openly and actively used Seltzer's Copyrighted Works, and each of them, including without limitation *Scream Icon*.  Seltzer's Copyrighted Works, including without limitation *Scream Icon*, have each acquired a secondary and distinctive meaning among members of the public, who have come to identify the image(s), and each of them, through the authorized public display and/or sale and distribution thereof, and the distinctive features thereof, as designating goods and services associated with Plaintiff and/or his licensees.  (All the marks referred to in paragraphs 9 through 13 of this Complaint are referred to hereinafter individually and collectively as "Plaintiff's Marks.")

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

7

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

14.     Plaintiff has at no time granted Defendants, or any of them, the right to use Seltzer's Copyrighted Works, or any of them, including without limitation *Scream Icon*, or Plaintiff's Marks, or any aspect thereof.

**DEFENDANTS' UNLAWFUL ACTIVITIES**

15.     Plaintiff is informed and believes, and upon that basis alleges, that Defendants, and each of them, have, without permission, authority or license from Plaintiff, knowingly and intentionally used, infringed and diluted, and threaten to further use, infringe and dilute, Plaintiff's copyrights in certain of Seltzer's Copyrighted Works, including in particular and without limitation *Scream Icon*, and Plaintiff's Marks, and each of them, injured Plaintiff's business reputation, and otherwise competed unfairly with Plaintiff by, among other things, participating in or otherwise knowingly contributing to the manufacture or causing to be manufactured, production, importation, exportation, advertisement, display, promotion, marketing, distribution, provision, public performance, offering for license and/or licensing, offering for rental and/or renting, offering for sale and/or selling, within this judicial district and elsewhere, of goods and/or services, including but not necessarily limited to artwork, photographs and other images, stage backdrops, concert performances, videos and the purported right to use the same for republication, and other services and goods featuring certain of Seltzer's Copyrighted Works, including in particular and without limitation *Scream Icon*, or an unauthorized derivative work thereof, as well as Plaintiff's Marks.  Without limitation, such activities of Defendants, and each of them, include public displays and distribution of certain of Seltzer's Copyrighted Works, including in particular and without limitation *Scream Icon*, or an unauthorized derivative work thereof, on a large backdrop exhibited behind the band Green Day on stage during an international concert tour, including but not limited to an appearance at the Forum in Los Angeles County in August of 2009, and including but not limited to reproductions of *Scream Icon* on the website www.greenday.com, on performances

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

8

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1 of the song "East Jesus Nowhere" as distributed on video, and broadcast on
2 television as part of the Green Day presentation in connection with the *American*
3 *Music Awards*.  The unauthorized goods and/or services which have been and/or are
4 being produced, manufactured, imported, exported, advertised, displayed, promoted,
5 marketed, distributed, provided, performed, offered for license, licensed, offered for
6 rental, rented, offered for sale and/or sold by, for or on behalf of the Defendants, or
7 any of them, and/or Defendants' promotional activities with respect thereto, utilize
8 unauthorized copies of Plaintiff's intellectual property, including *Scream Icon*, as
9 well as Plaintiff's Marks.

## FIRST CLAIM

### (For Direct Copyright Infringement

### -- Against All Defendants)

13      16.      Plaintiff repeats, realleges and incorporates the allegations contained in
14 paragraphs 1 through 15, inclusive, hereof as if fully set forth herein.

15      17.      Plaintiff is informed and believes, and upon that basis alleges, that
16 Defendants, and each of them, have infringed and threaten to further infringe
17 Plaintiff's copyrights in *Scream Icon*, injured Plaintiff's business reputation, and
18 otherwise competed unfairly with Plaintiff by, among other things, manufacturing or
19 causing to be manufactured, producing, importing, exporting, advertising, displaying,
20 promoting, marketing, distributing, providing, publicly performing, offering for
21 license, licensing, offering for rental and/or renting, offering for sale and/or selling
22 within this judicial district and elsewhere, including at concerts, in videos, on
23 television and over the World Wide Web at www.greenday.com, certain
24 unauthorized goods and/or services featuring or otherwise using *Scream Icon*, or
25 unauthorized derivative works thereof.  The unauthorized goods and/or services
26 which have been and/or are being produced, manufactured, imported, exported,
27 advertised, displayed, promoted, marketed, distributed, provided, publicly
28 performed, offered for license, licensed, offered for rental, rented, offered for sale

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

9

COMPLAINT FOR COPYRIGHT
INFRINGEMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   and/or sold by, for or on behalf of the Defendants, or any of them, and/or

2   Defendants' respective promotional activities with respect thereto, utilize

3   simulations and unauthorized copies and/or depictions of *Scream Icon* and/or

4   constitute unauthorized "derivative works" within the purview of 17 U.S.C. Sections

5   101 and 106.  The production or manufacture of such infringing goods and/or

6   services is an unauthorized reproduction of Plaintiff's copyrighted works by

7   Defendants in violation of 17 U.S.C. Section 106(1), and/or the unauthorized

8   preparation of derivative works violating 17 U.S.C. Section 106(2).  The marketing

9   of such infringing goods and/or services by Defendants is an unauthorized

10   distribution of copies of Plaintiff's copyrighted works violating 17 U.S.C. Section

11   106(3).  The advertising and/or display of such infringing goods and/or services by

12   Defendants is an unauthorized public display of Plaintiff's copyrighted works

13   violating 17 U.S.C. Section 106(5).

14       18.    Plaintiff has fully complied with his obligations under the copyright

15   laws, and as stated above Plaintiff has at all times been and still is the sole proprietor

16   of all right, title and interest in and to the copyrights in Seltzer's Copyrighted Works,

17   including *Scream Icon*.

18       19.    The manufacture, production, importation, exportation, advertisement,

19   display, promotion, marketing, distribution, public performance, provision, licensing,

20   rental and/or sale of the unauthorized and infringing goods and/or services by

21   Defendants is without any permission, license or other authorization from Plaintiff.

22       20.    Defendants have been notified of their infringing and illegal activity.

23   Despite clear requests to Defendants, Plaintiff is informed and believes, and upon

24   that basis alleges, that Defendants, and each of them, have willfully and knowingly

25   undertaken and continued at least certain of their respective unlawful infringing

26   activities through the date of the filing of this Complaint.

27       21.    Plaintiff has no adequate remedy at law and has suffered, and is

28   continuing to suffer, irreparable harm and damage as a result of the aforesaid acts of

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

10

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  infringement.  Defendants are each liable in amounts within the jurisdiction of this

2  Court.

3       22.     Plaintiff is informed and believes, and upon that basis alleges, that the

4  aforesaid infringements by Defendants of *Scream Icon* was and continues to be with

5  the knowledge that *Scream Icon* is copyrighted, and that the Defendants, and each of

6  them, in doing the acts complained of herein, have willfully infringed Plaintiff's

7  rights under the Copyright Laws of the United States, 17 U.S.C. Section 101 *et seq*.

8       23.     Plaintiff is informed and believes, and upon that basis alleges, that

9  Defendants have each obtained gains, profits and advantages as a result of their

10  respective wrongful acts in amounts within the jurisdiction of this Court.

11       24.     Plaintiff is informed and believes, and upon that basis alleges, that he

12  has suffered, and is continuing to suffer, direct and actual damages as a result of

13  Defendants' wrongful conduct as alleged herein, in amounts within the jurisdiction

14  of this Court.  In order to determine the full extent of such damages, including such

15  profits as may be recoverable under 17 U.S.C. Section 504, Plaintiff will require an

16  accounting from each defendant of all monies generated from the manufacture,

17  production, importation, exportation, distribution, provision, public performance,

18  licensing, rental and/or sale of infringing goods and/or services as alleged herein.

19       25.     In the alternative, Plaintiff may potentially elect to recover for each of

20  his federally registered copyrighted works infringed statutory damages pursuant to

21  17 U.S.C. Section 504(c).  Defendants have each violated certain copyrighted works

22  of Plaintiff, as set forth above.  Plaintiff is informed and believes, and upon that

23  basis alleges, that Defendants have each infringed *Scream Icon*, a federally

24  registered work of Plaintiff.  Plaintiff is informed and believes, and upon that basis

25  alleges, that Defendants, and each of them, may be liable for statutory damages to

26  Plaintiff pursuant to 17 U.S.C. Section 504(c).  Furthermore, Plaintiff is informed

27  and believes, and upon that basis alleges, that each defendant's acts as described

28  above are in willful violation of Plaintiff's rights, and statutory damages against

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

11

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  each such willfully infringing defendant in the Court's discretion up to the amount

2  of $150,000.00 for the infringement of *Scream Icon* should be assessed by the Court

3  pursuant to 17 U.S.C. Section 504(c)(2).

4          26.     Plaintiff is informed and believes, and upon that basis alleges, that

5  unless enjoined by the Court, the unlawful infringement by Defendants of Plaintiff's

6  copyrights will continue with irreparable harm and damage to Plaintiff.  Accordingly,

7  Plaintiff seeks preliminary and permanent injunctive relief pursuant to 17 U.S.C.

8  Section 502.

9          27.     By reason of the foregoing, Plaintiff has incurred, and will continue to

10  incur, attorneys' fees and other costs in connection with the prosecution of his

11  claims herein, which attorneys' fees and costs Plaintiff may depending upon the

12  circumstances be entitled to recover from the Defendants, and each of them, herein.

**SECOND CLAIM**

**(For Contributory Copyright Infringement**

**-- Against All Defendants Other Than DOES 48 through 50, Inclusive)**

16          28.     Plaintiff repeats, realleges and incorporates the allegations contained in

17  paragraphs 1 through 27, inclusive, hereof as if fully set forth herein.

18          29.     Plaintiff is informed and believes, and upon that basis alleges, that

19  Defendants, and each of them, other than DOES 48 through 50, inclusive

20  (hereinafter individually and collectively referred to as the "Supplier Defendants"),

21  with knowledge of the infringing activities of their third party customers and other

22  of the Defendants, as well as with the ability to control same and the intent to

23  themselves benefit, either directly or indirectly, therefrom, have infringed and

24  threaten to further infringe Plaintiff's copyrights in *Scream Icon* by, among other

25  things, participating in or otherwise knowingly contributing to the manufacture,

26  production, importation, exportation, advertisement, display, promotion, marketing,

27  distribution, provision, public performance, offering for license, licensing, offering

28  for rental and/or renting, offering for sale and/or selling within this judicial district

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

1  and elsewhere of certain unauthorized goods and/or services by such third party

2  customers and other Defendants featuring or otherwise utilizing *Scream Icon*, or

3  unauthorized derivative works thereof, and have induced, caused and materially

4  contributed to, and continue to induce, cause and materially contribute to, the

5  infringing conduct by such third party customers and other Defendants.  The

6  unauthorized goods and/or services which have been and/or are being produced,

7  manufactured, imported, exported, advertised, displayed, promoted, marketed,

8  distributed, provided, publicly performed, offered for license, licensed, offered for

9  rental, rented, offered for sale and/or sold by, for or on behalf of Supplier

10  Defendants, or any of them, and/or Supplier Defendants' respective promotional

11  activities with respect thereto, utilize simulations and unauthorized copies and/or

12  depictions of *Scream Icon* and/or constitute unauthorized "derivative works" within

13  the purview of 17 U.S.C. Sections 101 and 106.  The participation in or otherwise

14  knowing contribution by Supplier Defendants to the production or manufacture of

15  such infringing goods and/or services is an unauthorized reproduction of Plaintiff's

16  copyrighted works violating 17 U.S.C. Section 106(1), and/or the unauthorized

17  preparation of derivative works violating 17 U.S.C. Section 106(2).  The

18  participation in or otherwise knowing contribution by Supplier Defendants to the

19  marketing of such infringing goods and/or services is an unauthorized distribution of

20  copies of Plaintiff's copyrighted works violating 17 U.S.C. Section 106(3).  The

21  participation in or otherwise knowing contribution by Supplier Defendants to the

22  advertisement and/or display of such infringing goods and/or services is an

23  unauthorized public display of Plaintiff's copyrighted works violating 17 U.S.C.

24  Section 106(5).

25      30.    The manufacture, production, importation, exportation, advertisement,

26  display, promotion, marketing, distribution, provision, public performance, licensing,

27  rental and/or sale of the unauthorized and infringing goods and/or services by

28  Supplier Defendants, or any of them, and/or their third party customers and others

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

13

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  for resale or other use(s) in commerce is without any permission, license or other

2  authorization from Plaintiff.

3       31.   Supplier Defendants have been notified of their infringing and illegal

4  activity.  Despite clear requests to Supplier Defendants, Plaintiff is informed and

5  believes, and upon that basis alleges, that Supplier Defendants, and each of them,

6  have willfully and knowingly undertaken and continued at least certain of their

7  unlawful infringing activity through the date of the filing of this Complaint.

8       32.   Plaintiff has no adequate remedy at law and has suffered, and is

9  continuing to suffer, irreparable harm and damage as a result of the aforesaid

10  respective acts of contributory infringement.  Supplier Defendants are each liable in

11  amounts within the jurisdiction of this Court.

12       33.   Plaintiff is informed and believes, and upon that basis alleges, that the

13  aforesaid contributory infringements by Supplier Defendants of *Scream Icon* was

14  and continues to be with the knowledge that *Scream Icon* is copyrighted, and that

15  the Supplier Defendants, and each of them, in doing the acts complained of herein,

16  have willfully infringed Plaintiff's rights under the Copyright Laws of the United

17  States, 17 U.S.C. Section 101 *et seq.*

18       34.   Plaintiff is informed and believes, and upon that basis alleges, that

19  Supplier Defendants have each obtained gains, profits and advantages as a result of

20  their respective wrongful acts of contributory infringement in amounts within the

21  jurisdiction of this Court.

22       35.   Plaintiff is informed and believes, and upon that basis alleges, that he

23  has suffered, and is continuing to suffer, direct and actual damages as a result of

24  Supplier Defendants' respective wrongful conduct as alleged herein, in amounts

25  within the jurisdiction of this Court.  In order to determine the full extent of such

26  damages, including such profits as may be recoverable under 17 U.S.C. Section 504,

27  Plaintiff will require an accounting from each defendant of all monies generated

28  from the manufacture, production, importation, exportation, distribution, provision,

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

14

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  public performance, licensing, rental and/or sale of infringing goods and/or services
2  as alleged herein.

3       36.   In the alternative, Plaintiff may potentially elect to recover for each of
4  his federally registered copyrighted works infringed statutory damages pursuant to
5  17 U.S.C. Section 504(c).  Supplier Defendants have each contributed to the
6  violation of certain copyrighted works of Plaintiff, as set forth above.  Plaintiff is
7  informed and believes, and upon that basis alleges, that Supplier Defendants have
8  each contributorily infringed *Scream Icon*, a federally registered work of Plaintiff.
9  Plaintiff is informed and believes, and upon that basis alleges, that Supplier
10 Defendants, and each of them, may be liable for statutory damages to Plaintiff
11 pursuant to 17 U.S.C. Section 504(c).  Furthermore, Plaintiff is informed and
12 believes, and upon that basis alleges, that each defendant's respective acts as
13 described above are in willful violation of Plaintiff's rights, and statutory damages
14 against each such willfully infringing defendant in the Court's discretion up to the
15 amount of $150,000.00 for the contributory infringement of *Scream Icon* should be
16 assessed by the Court pursuant to 17 U.S.C. Section 504(c)(2).

17      37.   Plaintiff is informed and believes, and upon that basis alleges, that
18 unless enjoined by the Court, the unlawful contributory infringement by Supplier
19 Defendants of Plaintiff's copyrights will continue with irreparable harm and damage
20 to Plaintiff.  Accordingly, Plaintiff seeks preliminary and permanent injunctive relief
21 pursuant to 17 U.S.C. Section 502.

22      38.   By reason of the foregoing, Plaintiff has incurred, and will continue to
23 incur, attorneys' fees and other costs in connection with the prosecution of his
24 claims herein, which attorneys' fees and costs Plaintiff may depending upon the
25 circumstances be entitled to recover from Supplier Defendants, and each of them,
26 herein.

27

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

15

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

## THIRD CLAIM

### (For Direct Violation of Section 43(a)

### of Lanham Trademark Act -- Unfair Competition

### -- Against All Defendants)

39.   Plaintiff repeats, realleges and incorporates the allegations contained in paragraphs 1 through 38, inclusive, hereof as if fully set forth herein.

40.   Plaintiff owns all right, title and interest in and to Plaintiff's Marks, and each of them.

41.   Seltzer's Copyrighted Works, including without limitation *Scream Icon*, and Plaintiff's Marks, and elements associated with the same, have each acquired a secondary and distinctive meaning among the public, who has come to identify Seltzer's Copyrighted Works and Plaintiff's Marks, and elements associated with the same, and each of them, and the distinctive features of Seltzer's Copyrighted Works, including without limitation *Scream Icon*, and Plaintiff's Marks, and elements associated with the same, as designating goods and/or services associated with Plaintiff.  The advertising, media exposure, sales and/or public recognition of Seltzer's Copyrighted Works, including without limitation *Scream Icon*, as well as of Plaintiff's Marks, and elements associated with the same, combined with the positive experiences of the public in its relationship with Plaintiff, Seltzer's Copyrighted Works and Plaintiff's Marks, have made Seltzer's Copyrighted Works, including without limitation *Scream Icon*, and Plaintiff's Marks, and elements associated with the same, each symbolic of and identifying Plaintiff.

42.   Plaintiff is informed and believes, and upon that basis alleges, that Defendants, and each of them, have, without permission, authority or license from Plaintiff, affixed, applied and/or used in connection with the manufacture, production, importation, exportation, advertisement, display, promotion, marketing, public performance, distribution, provision, offering for license, licensing, offering for rental, rental, offering for sale and/or sale of goods and/or services, false

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

16

1   descriptions and representations and other indicia of origin, including words or other

2   symbols, which tend falsely to describe or represent Seltzer's Copyrighted Works,

3   including without limitation *Scream Icon*, and Plaintiff's Marks, as Defendants'

4   and/or as affiliated with Defendants, and each of them, or alternatively Defendants'

5   goods, services and/or business as affiliated with Plaintiff, and have caused the entry

6   of such goods and/or services into interstate commerce with full knowledge of the

7   falsity of such designations of origin and such descriptions and representations, all

8   to the detriment of Plaintiff; in particular, the manufacture, production, importation,

9   exportation, advertisement, display, promotion, marketing, distribution, provision,

10  public performance, offering for license, licensing, offering for rental, rental,

11  offering for sale and/or sale by Defendants, and each of them, of goods and/or

12  services incorporating or otherwise using for promotional purposes unauthorized

13  infringements and/or the style of Seltzer's Copyrighted Works, including without

14  limitation *Scream Icon*, and/or employing all or part of Plaintiff's Marks, and

15  elements associated with the same, constitutes false descriptions and representations

16  tending falsely to describe or represent goods and services provided, licensed,

17  rented, performed, displayed, distributed and/or sold by Defendants, and each of

18  them.  Defendants, and each of them, by misappropriating and using Seltzer's

19  Copyrighted Works, including without limitation *Scream Icon*, and/or Plaintiff's

20  Marks, and elements associated with the same, in connection with Defendants'

21  respective goods and/or services, have misrepresented and falsely described to the

22  general public the origin, source, association, affiliation or sponsorship of goods and

23  services so as to create the likelihood of confusion by the ultimate purchaser as to

24  both the source and sponsorship of said goods and services.

25       43.    Plaintiff is informed and believes, and upon that basis alleges, that the

26  unauthorized goods and/or services being manufactured, produced, imported,

27  exported, advertised, displayed, marketed, distributed, provided, performed, offered

28  for license, licensed, offered for rental, rented, offered for sale and/or sold by

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

17

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   Defendants, and each of them, are of inferior quality and are otherwise offensive,

2   and the conduct complained of herein will be damaging to and dilute both the

3   goodwill and reputation of Plaintiff.

4       44.   Defendants' acts and conduct as alleged hereinabove, including without

5   limitation Defendants' duplication and imitation of Seltzer's Copyrighted Works,

6   including without limitation *Scream Icon*, and/or of Plaintiff's Marks, and elements

7   associated with the same, are each business practices likely to deceive or confuse the

8   purchasing public and trade upon Plaintiff's reputation and skill, both as to the

9   source, origin, sponsorship and approval of the goods and/or services provided and

10  as to the affiliation, connection or association of Defendants, and each of them, with

11  Plaintiff, and vice versa, and constitute acts of unfair competition, false designation

12  of origin and false representation of affiliation, all in violation of Section 43(a) of

13  the Lanham Trademark Act, 15 U.S.C. § 1125(a), as amended.  Plaintiff is informed

14  and believes, and upon that basis alleges, that each defendant's respective acts of

15  reputational appropriation and unfair competition was or may have been willful.

16      45.   Defendants' respective unauthorized and unlawful acts of federal unfair

17  competition, and each of them, have enabled Defendants, and each of them, to trade

18  unlawfully upon the established goodwill, reputation and artistic skill of Plaintiff.

19  Defendants, and each of them, are thereby unjustly enriching themselves at the

20  expense and to the damage and injury of Plaintiff, and unless enjoined by this Court

21  will further impair the value of Plaintiff's trademarks, service marks, trade names,

22  copyrights and goodwill.  By reason of the aforesaid, the continued use by any of the

23  Defendants of any of Seltzer's Copyrighted Works, including without limitation

24  *Scream Icon*, or Plaintiff's Marks, and/or the likenesses thereof, has caused, and

25  unless restrained will continue to cause, serious irreparable injury to Plaintiff.

26      46.   Plaintiff is informed and believes, and upon that basis alleges, that

27  Defendants, and each of them, have willfully and knowingly continued at least

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

18

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  certain of their wrongful conduct in violation of Plaintiff's rights through the date of

2  the filing of this Complaint.

3      47.    Plaintiff has no adequate remedy at law and has suffered, and is

4  continuing to suffer, irreparable harm and damage as a result of Defendants'

5  respective acts of federal unfair competition in amounts thus far not determined but

6  within the jurisdiction of this Court, which amounts should each be trebled pursuant

7  to 15 U.S.C. Section 1117.

8      48.    Plaintiff is informed and believes, and upon that basis alleges, that

9  unless enjoined by the Court, the confusion and deception noted above, and the

10  likelihood thereof, will continue with irreparable harm and damage to Plaintiff.

11  Accordingly, Plaintiff seeks preliminary and permanent injunctive relief pursuant to

12  15 U.S.C. Section 1116.

13      49.    Plaintiff is informed and believes, and upon that basis alleges, that

14  Defendants have each obtained gains, profits and advantages as a result of their

15  wrongful acts of federal unfair competition in amounts thus far not determined but

16  within the jurisdiction of this Court, which amounts should each be trebled pursuant

17  to 15 U.S.C. Section 1117.

18      50.    In order to determine the full extent of such damages, including such

19  profits as may be recoverable, Plaintiff will require an accounting from each

20  defendant of all monies generated from the manufacture, production, importation,

21  exportation, distribution, provision, performance, licensing, rental and/or sale of the

22  competing goods and/or services as alleged herein.

23      51.    By reason of the foregoing, Plaintiff has incurred, and will continue to

24  incur, attorneys' fees and other costs in connection with the prosecution of his

25  claims herein, which attorneys' fees and costs Plaintiff is entitled to recover from the

26  Defendants, and each of them, herein.

27

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

19

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

## FOURTH CLAIM

### (For Contributory Violation of Section 43(a)

### of Lanham Trademark Act -- Unfair Competition

### -- Against All Defendants Other Than DOES 48 through 50, Inclusive)

52.   Plaintiff repeats, realleges and incorporates the allegations contained in paragraphs 1 through 51, inclusive, hereof as if fully set forth herein.

53.   Plaintiff is informed and believes, and upon that basis alleges, that, as alleged above, Supplier Defendants, and each of them, have, without permission, authority or license from Plaintiff, participated in or otherwise knowingly contributed to the affixation, application and/or use by other Defendants, their third party customers and others in connection with the manufacture, production, advertisement, display, promotion, marketing, distribution, provision, public performance, offering for license, licensing, offering for rental, rental, offering for sale and/or sale of goods and/or services, false descriptions and representations and other indicia of origin, including words or other symbols, which tend falsely to describe or represent Seltzer's Copyrighted Works, including without limitation *Scream Icon*, and Plaintiff's Marks, as Supplier Defendants' and/or as affiliated with Supplier Defendants or their customers, and each of them, or alternatively the goods, services and/or business of Supplier Defendants or their customers as affiliated with Plaintiff, and have participated in or otherwise knowingly contributed to causing such goods and/or services to enter into interstate commerce with full knowledge of the falsity of such designations of origin and such descriptions and representations, all to the detriment of Plaintiff; in particular, Supplier Defendants' participation in or otherwise knowing contribution to the manufacture, production, advertisement, display, promotion, marketing, distribution, provision, performance, offering for license, licensing, offering for rental, rental, offering for sale and/or sale of goods and/or services incorporating unauthorized depictions, counterfeits, infringements and/or the style of Seltzer's Copyrighted Works, including without limitation

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

20

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  *Scream Icon*, and/or employing all or part of Plaintiff's Marks, and elements

2  associated with the same, constitutes false descriptions and representations tending

3  falsely to describe or represent goods and services provided, displayed and/or sold

4  by Supplier Defendants, their customers and others.

5       54.    Supplier Defendants' contributory conduct in connection with their

6  customers, clients and others' respective unauthorized and unlawful acts of federal

7  unfair competition, and each of them, have enabled, assisted, aided and abetted their

8  customers, clients and others to trade unlawfully upon the established goodwill and

9  reputation of Plaintiff. Supplier Defendants, and each of them, are thereby unjustly

10 enriching themselves at the expense and to the damage and injury of Plaintiff, and

11 unless enjoined by this Court will further impair the value of Plaintiff's Marks,

12 service marks, trade names, copyrights and goodwill. By reason of the aforesaid,

13 the continued use by any of the Supplier Defendants' customers of Seltzer's

14 Copyrighted Works, including without limitation *Scream Icon*, Plaintiff's Marks,

15 and/or the likenesses thereof, has caused, and unless restrained will continue to

16 cause, serious irreparable injury to Plaintiff.

17      55.    Plaintiff has no adequate remedy at law and has suffered, and is

18 continuing to suffer, irreparable harm and damage as a result of Supplier

19 Defendants' respective acts of contributory federal unfair competition in amounts

20 thus far not determined but within the jurisdiction of this Court, which amounts

21 should each be trebled pursuant to 15 U.S.C. Section 1117.

22      56.    Supplier Defendants have been notified of their infringing and illegal

23 activity. Despite clear requests to Supplier Defendants, Plaintiff is informed and

24 believes, and upon that basis alleges, that Supplier Defendants, and each of them,

25 have willfully and knowingly continued at least certain of their wrongful conduct in

26 violation of Plaintiff's rights through the date of the filing of this Complaint.

27      57.    Plaintiff is informed and believes, and upon that basis alleges, that

28 unless enjoined by the Court, the confusion and deception noted above, and the

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

21

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   likelihood thereof, will continue with irreparable harm and damage to Plaintiff.

2   Accordingly, Plaintiff seeks preliminary and permanent injunctive relief pursuant to

3   15 U.S.C. Section 1116.

4        58.    Plaintiff is informed and believes, and upon that basis allege, that

5   Supplier Defendants have each obtained gains, profits and advantages as a result of

6   their respective wrongful acts of contributory federal unfair competition in amounts

7   thus far not determined but within the jurisdiction of this Court, which amounts

8   should each be trebled pursuant to 15 U.S.C. Section 1117.

9        59.    In order to determine the full extent of such damages, including such

10  profits as may be recoverable, Plaintiff will require an accounting from each .

11  defendant and others of all monies generated from the manufacture, production,

12  importation, exportation, distribution, provision, performance, licensing, rental

13  and/or sale of the competing goods and/or services as alleged herein.

14       60.    By reason of the foregoing, Plaintiff has incurred, and will continue to

15  incur, attorneys' fees and other costs in connection with the prosecution of his

16  claims herein, which attorneys' fees and costs Plaintiff is entitled to recover from

17  Supplier Defendants, and each of them, herein.

18  **FIFTH CLAIM**

19  **(For State Law Unfair Competition**

20  **-- Against All Defendants**

21       61.    Plaintiff repeats, realleges and incorporates the allegations contained in

22  paragraphs 1 through 60, inclusive, hereof as if fully set forth herein.

23       62.    As described above, Seltzer's Copyrighted Works, including without

24  limitation *Scream Icon*, and Plaintiff's Marks have each come to have a secondary

25  meaning indicative of origin, relationship, sponsorship, and/or association with

26  Plaintiff.  The purchasing public is likely to attribute to Plaintiff the use by

27  Defendants and/or their customers, or any of them, of Seltzer's Copyrighted Works,

28  including without limitation *Scream Icon*, and Plaintiff's Marks, as a source of

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

22

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  origin, authorization and/or sponsorship for Defendants' and/or their customers'

2  respective goods and/or services and, therefore, to purchase or otherwise acquire

3  such goods and services in that erroneous belief.

4        63.    Plaintiff is informed and believes, and upon that basis alleges, that

5  Defendants, and each of them, have intentionally appropriated Seltzer's Copyrighted

6  Works, including without limitation *Scream Icon*, Plaintiff's Marks, or elements

7  associated with the same, with the intent of causing confusion, mistake, and

8  deception as to the source of such works or of their and/or their customers' goods

9  and/or services, and with the intent to palm off Seltzer's Copyrighted Works,

10  including without limitation *Scream Icon*, and/or Plaintiff's Marks, as those of

11  Defendants, and place others in a position to do likewise, and, as such, Defendants

12  have each committed trademark infringement, misleading advertising and unfair

13  competition under the common law and under the California Unfair Business

14  Practices Act, Cal. Bus. & Prof. Code §17200 *et seq.*

15        64.    Defendants' respective appropriation, adoption and use of Seltzer's

16  Copyrighted Works, including without limitation *Scream Icon*, and/or Plaintiff's

17  Marks, including without limitation the manufacture, production, importation,

18  exportation, advertisement, display, distribution, provision, performance, offering

19  for license, licensing, offering for rental, rental, offering for sale and sale of

20  infringing goods and/or services bearing or using Plaintiff's trademarks and/or

21  goods and/or services incorporating the distinctive features of Seltzer's Copyrighted

22  Works, including without limitation *Scream Icon*, and/or Plaintiff's Marks, or

23  elements thereof, in connection with the provision of goods and services, are each

24  likely to cause confusion between such goods and/or services offered by one or

25  more of the Defendants and/or their customers and the goods and services

26  authorized by Plaintiff, thus constituting a violation of the California Unfair

27  Business Practices Act, Cal. Bus. & Prof. Code §17200 *et seq.*

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

23

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1    65.    Plaintiff is informed and believes, and upon that basis alleges, that these

2  deceptive, unfair and fraudulent practices have been undertaken with knowledge by

3  each defendant of their wrongfulness, in violation of the California Unfair Business

4  Practices Act, Cal. Bus. & Prof. Code §17200 *et seq*.  In connection therewith,

5  Plaintiff is informed and believes, and upon that basis alleges, that each defendant's

6  respective use of Seltzer's Copyrighted Works, including without limitation *Scream*

7  *Icon*, and/or Plaintiff's Marks, or elements associated with the same, is with full

8  knowledge of Plaintiff's prior use and rights in Seltzer's Copyrighted Works,

9  including without limitation *Scream Icon*, and/or Plaintiff's Marks, and elements

10 associated with the same.  Plaintiff is informed and believes, and upon that basis

11 alleges, that the Defendants' respective use of Seltzer's Copyrighted Works,

12 including without limitation *Scream Icon*, and/or Plaintiff's Marks, or elements

13 associated with the same, is for the willful and calculated purpose of

14 misappropriating the fruit of Plaintiff's labor as well as Plaintiff's goodwill and

15 business reputation at Plaintiff's expense and at no expense to Defendants.  By

16 usurping and taking one or more of Seltzer's Copyrighted Works, including without

17 limitation *Scream Icon*, and/or Plaintiff's Marks, or elements associated with the

18 same, Plaintiff has been deprived of an opportunity to conduct business under his

19 marks and indicia and deprived of the right to control the use of his marks and

20 indicia, and Defendants have each been unjustly enriched.

21    66.    Plaintiff has no adequate remedy at law and has suffered, and is

22 continuing to suffer, irreparable harm and damage as a result of each defendant's

23 acts in amounts thus far not determined but within the jurisdiction of this Court.

24    67.    Plaintiff is informed and believes, and upon that basis alleges, that

25 unless enjoined by the Court, the confusion and deception noted above, and the

26 likelihood thereof, will continue with irreparable harm and damage to Plaintiff.

27    68.    Plaintiff is informed and believes, and upon that basis alleges, that

28 Defendants have each unlawfully and wrongfully derived, and will continue to

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

24

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  derive, income, gains, profits and advantages as a result of their wrongful acts of

2  unfair competition in amounts thus far not determined but within the jurisdiction of

3  this Court.  In addition, Plaintiff is informed and believes, and upon that basis

4  alleges, that he has lost and will continue to lose profits and goodwill as a result of

5  Defendants' respective conduct.

6       69.   By reason of the foregoing acts of unfair competition, Plaintiff is

7  entitled to restitution from each defendant of all income, gains, profits and

8  advantages resulting from their wrongful conduct in amounts to be determined

9  according to proof at trial.

10       70.   In order to determine the full extent of such damages, including such

11  profits as may be recoverable, Plaintiff will require an accounting from each

12  defendant of all monies generated from the manufacture, production, importation,

13  exportation, distribution, provision, performance, licensing, rental and/or sale of the

14  competing goods and services as alleged herein.

15       71.   Plaintiff is informed and believes, and upon that basis alleges, that

16  Defendants, and each of them, committed the acts alleged herein intentionally,

17  fraudulently, maliciously, willfully, wantonly and oppressively with intent to injure

18  Plaintiff in his business and with conscious disregard of Plaintiff's rights, thereby

19  justifying awards of punitive and exemplary damages against each defendant in

20  amounts sufficient to punish said defendant and set an example for others.

## SIXTH CLAIM

### (For Dilution and/or Injury To Business Reputation

### -- Against All Defendants

24       72.   Plaintiff repeats, realleges and incorporates the allegations contained in

25  paragraphs 1 through 71, inclusive, hereof as if fully set forth herein.

26       73.   Plaintiff's business reputation, Seltzer's Copyrighted Works, including

27  without limitation *Scream Icon*, and Plaintiff's Marks, and each of them, are entitled

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

25

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1 | to protection pursuant to Section 14330 of the California Business and Professions

2 | Code.

3 |     74.    Each defendant's unauthorized appropriation(s) of part or all of one or

4 | more of Plaintiff's marks as alleged hereinabove, which are each valid at common

5 | law, are acts likely to injure Plaintiff's business reputation and/or dilute the

6 | distinctive quality of Plaintiff's trademark interests in one or more of Plaintiff's

7 | marks, and each defendant's unauthorized acts should be enjoined pursuant to

8 | California Business and Professions Code Section 14330 as a result thereof.

9 | **PRAYER FOR RELIEF**

10 |     WHEREFORE, Plaintiff demands judgment as follows:

11 |     1.    That Defendants, and each of them, be adjudged to have infringed,

12 | willfully or otherwise, Plaintiff's copyrights in and to certain of Seltzer's

13 | Copyrighted Works, including without limitation *Scream Icon*, according to proof.

14 |     2.    That Supplier Defendants, and each of them, be adjudged to have

15 | contributorily infringed, willfully or otherwise, Plaintiff's copyrights in and to

16 | certain of Seltzer's Copyrighted Works, including without limitation *Scream Icon*,

17 | according to proof.

18 |     3.    That Defendants, and each of them, be adjudged to have infringed,

19 | willfully or otherwise, certain of Plaintiff's Marks, according to proof.

20 |     4.    That Supplier Defendants, and each of them, be adjudged to have

21 | contributorily infringed, willfully or otherwise, certain of Plaintiff's Marks,

22 | according to proof.

23 |     5.    That Defendants, and each of them, and each of their respective officers,

24 | directors, agents, servants, employees, affiliated companies, representatives,

25 | licensees, attorneys, successors and assigns, and all those persons, firms,

26 | associations, corporations or other entities, in active concert or participation with

27 | any of them, be enjoined throughout the world during the pendency of this action,

28 | and permanently thereafter from:

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

26

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1       a.   Further violating, directly or indirectly, any of the exclusive

2 rights of Plaintiff in any of Seltzer's Copyrighted Works, including without

3 limitation *Scream Icon*, and/or in Plaintiff's Marks, including the manufacture,

4 production, importation, exportation, reproduction, preparation, advertisement,

5 marketing, promotion, display, provision, performance, licensing, rental, sale,

6 distribution or other disposal of any and all goods and/or services which infringe

7 any of Seltzer's Copyrighted Works, including without limitation *Scream Icon*,

8 and/or Plaintiff's Marks;

9       b.   Otherwise infringing any of Plaintiff's copyrights and/or

10 Plaintiff's Marks, or any elements thereof, and from otherwise unfairly competing,

11 directly or contributorily, with Plaintiff in any manner whatsoever;

12       c.   Importing, manufacturing, exporting, marketing, producing,

13 reproducing, distributing, publishing, advertising, displaying, promoting, providing,

14 performing publicly, holding out for license, rental or sale, licensing, renting, selling

15 and/or otherwise commercially exploiting any product, merchandise, good and/or

16 service bearing or using any simulation, reproduction, counterfeit or copy of any of

17 Seltzer's Copyrighted Works, including without limitation *Scream Icon*, and/or

18 Plaintiff's Marks, trademarks, service marks or trade names, or any colorable

19 imitation thereof, or any other images or words which dilute the distinctive quality

20 of any of Seltzer's Copyrighted Works, including without limitation *Scream Icon*,

21 and/or Plaintiff's Marks, or any other of Plaintiff's copyrights, trademarks, service

22 marks or trade names;

23       d.   Directly or indirectly applying or using on goods or services, or

24 using in connection with the manufacture, production, publication, marketing,

25 licensing, rental, sale, provision, performance, distribution or promotion thereof, any

26 of Seltzer's Copyrighted Works, including without limitation *Scream Icon*,

27 Plaintiff's Marks, trademarks, service marks, trade names, or any elements thereof,

28 or any marks, images, emblems, logos, decals or terms which in any way dilute,

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   imitate or simulate, or are otherwise confusingly similar in any manner to, any of the

2   same;

3          e.      Engaging in any acts or activities directly or indirectly likely to

4   trade upon or injure the name, reputation or goodwill of Plaintiff, or in any manner

5   competing unfairly with Plaintiff, by appropriating the distinctive features of any of

6   Seltzer's Copyrighted Works, including without limitation *Scream Icon*, Plaintiff's

7   Marks or other trademarks, service marks, trade names, or any of them;

8          f.      Using any simulation, reproduction, counterfeit, copy or

9   colorable imitation of any of Seltzer's Copyrighted Works, including without

10  limitation *Scream Icon*, Plaintiff's Marks or other trademarks, service marks, trade

11  names, or any elements thereof, in connection with the promotion, advertisement,

12  display, provision, rental, offering for rental, sale, offering for sale, manufacture,

13  importation, exportation, production, circulation, offering for license, licensing, or

14  distribution of any good or service, in such fashion as to relate or connect, or tend to

15  relate or connect, such good or service in any way to Plaintiff, or to any goods or

16  services sold, provided, manufactured, sponsored or approved by, or connected with,

17  Plaintiff;

18         g.      Making any statement or representation whatsoever, or using any

19  false designation of origin or false description, or performing any act, which can, or

20  is likely to, lead the trade or public, or individual members thereof, to believe that

21  any good or service manufactured, produced, imported, exported, provided,

22  distributed, published, offered, performed, licensed, rented or sold by the

23  Defendants, or any of them, is in any manner associated or connected with Plaintiff,

24  or is sold, rented, imported, exported, provided, manufactured, produced, performed,

25  licensed, offered, published, sponsored, approved or authorized by Plaintiff;

26         h.      Transferring, consigning, selling, licensing, renting, shipping or

27  otherwise moving or providing any goods, services, packaging or other materials in

28  their possession, custody or control bearing a design or style substantially identical

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

28

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   or confusingly similar to any or all of Seltzer's Copyrighted Works, including

2   without limitation *Scream Icon*, Plaintiff's Marks, trademarks, service marks, trade

3   names, or any elements thereof;

4         i.    From using Plaintiff's Marks and/or any of Seltzer's Copyrighted

5   Works, including without limitation *Scream Icon*, or any element or combination of

6   elements thereof, or any other form of design or artwork which so resembles any of

7   Plaintiff's copyrights, Plaintiff's Marks or other trademarks, service marks, trade

8   names and/or Seltzer's Copyrighted Works, including without limitation *Scream*

9   *Icon*, or any elements thereof, as to be likely to cause confusion, deception or

10   mistake, on or in connection with the importation, manufacture, exportation,

11   promotion, distribution, provision, publication, licensing, rental, sale, offering for

12   license, rental or sale, advertisement, or promotion of any good or service;

13         j.    Representing in any manner, or by any method whatsoever, that

14   any goods and/or services not sponsored, approved, or authorized by or originating

15   from Plaintiff, but imported, manufactured, produced, exported, promoted,

16   displayed, distributed, provided, published, performed, offered for license, rental or

17   sale, licensed, rented and/or sold by the Defendants, or any of them, are sponsored,

18   approved, or authorized by or originate from Plaintiff, or from otherwise taking any

19   action likely to cause dilution of Plaintiff's Marks and/or Seltzer's Copyrighted

20   Works, including without limitation *Scream Icon*, trademarks, service marks and/or

21   trade names, or confusion, mistake, or deception as to the origin, approval,

22   sponsorship, or certification of such goods and/or services;

23         k.    Representing in any manner or by any method whatsoever that

24   any business conducted by Defendants, or any of them, is connected, affiliated, or

25   otherwise associated with Plaintiff, or from otherwise taking any action likely to

26   cause dilution of any of Seltzer's Copyrighted Works, including without limitation

27   *Scream Icon*, and/or Plaintiff's Marks, other trademarks, service marks and/or trade

28   names, or confusion, mistake, or deception on the part of the public as to the

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

29

COMPLAINT FOR COPYRIGHT
INFRINGEMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   connection, affiliation, or other association of the business(es) of Defendants, or any

2   of them, with Plaintiff;

3       l.    Committing any acts calculated to cause purchasers to falsely

4   believe that any of the Defendants' respective goods and/or services are licensed,

5   rented, sold or otherwise provided under the control or supervision of Plaintiff, or

6   sponsored by, approved by, or associated with, affiliated with, or produced under the

7   control or supervision of Plaintiff;

8       m.    From otherwise competing unfairly with Plaintiff, in any

9   manner;

10       n.    From assisting, aiding or abetting any other person or business

11   entity in engaging in or performing any of the prohibited activities referred to in

12   subparagraphs 5(a) through 5(m), above;

13       o.    Effecting assignments or transfers, forming new entities or

14   associations or utilizing any other device for the purpose of circumventing or

15   otherwise avoiding the prohibitions set forth in subparagraphs 5(a) through 5(n),

16   above, or otherwise contributing thereto in any way; and

17       p.    Secreting, destroying, altering, removing or otherwise dealing

18   with the unauthorized goods and/or services or any books or records which contain

19   any information relating to the production, importing, manufacturing, exporting,

20   producing, distributing, circulating, publishing, providing, performing, licensing,

21   selling, renting, marketing, offering for license, offering for rental, offering for sale,

22   advertising, promoting or displaying of any goods and/or services which infringe

23   any of Plaintiff's copyrights or trademark rights.

24       6.    That Defendants, and each of them, further be ordered and directed:

25       a.    To deliver up for destruction all of the merchandise, labels, tags,

26   signs, certificates, prints, catalogs, trade press and advertising, marketing and

27   promotional materials, and packaging in any defendant's possession, custody and

28   control bearing any reference to, or any or all of the distinctive features of, or are

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1  otherwise diluting to, any of Seltzer's Copyrighted Works, including without

2  limitation *Scream Icon*, Plaintiff's Marks or other trademarks, service marks, trade

3  names, or any elements thereof, or any simulations, reproductions, counterfeits,

4  copies or colorable imitations thereof, and all tools, molds, plates, matrices,

5  materials and other means for producing and/or reproducing the same;

6       b.    To make a diligent effort to recall and deliver up for destruction

7  all of Defendants' respective infringing goods and/or services and packaging,

8  catalogs, trade press and advertising, marketing and promotional materials, already

9  distributed so that such goods and/or services and packaging, catalogs, trade press

10  and advertising, marketing and promotional materials, can be destroyed; and

11       c.    To file with this Court and serve on Plaintiff, ten (10) days after

12  the issuance of any preliminary or permanent injunction by the Court, whichever

13  occurs sooner, a report in writing and under oath setting forth in detail the manner

14  and form in which Defendants have each complied with the foregoing.

15      7.    For a full and complete accounting from each defendant of all

16  infringing goods and/or services produced, manufactured, imported, exported,

17  reproduced, distributed, marketed, provided, publicly performed, held for license,

18  licensed, held for rental, rented, held for sale and/or sold by it, any other defendant

19  and their respective licensees and other customers, and of all income, profits, gains

20  and advantages received by such defendant therefrom;

21      8.    That judgment be rendered jointly and severally against Defendants,

22  and each of them, for:

23       a.    All profits, gains and advantages received by any of the

24  Defendants as a result of any of the Defendants' respective acts of copyright

25  infringement, as provided by 17 U.S.C. Section 504;

26       b.    All damages suffered by Plaintiff as a result of any of the

27  Defendants' respective acts of copyright infringement, as provided by 17 U.S.C.

28  Section 504;

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

31

COMPLAINT FOR COPYRIGHT
INFRINGEMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1          c.      Statutory damages against each of the Defendants in the amount

2   of up to $30,000.00, or $150,000.00 if such acts are found to be willful, for each

3   copyrighted work infringed according to proof, as provided for in 17 U.S.C. Section

4   504(c), if statutory damages are recoverable under the circumstances and such

5   amounts are greater than the amounts of items (a) and (b), above;

6          d.      All income, gains, profits and other advantages received by any

7   of the Defendants and all damages sustained by Plaintiff, on account of the

8   Defendants' respective acts of unfair competition; and furthermore, that such profits

9   and damages as found herein be trebled pursuant to 15 U.S.C. Section 1117;

10         e.      All income, gains, profits and other advantages received by any

11  of the Defendants and all damages sustained by Plaintiff on account of the

12  Defendants' respective acts of state law unfair competition and/or dilution or injury

13  to business reputation;

14         f.      Exemplary and punitive damages; and

15         g.      Such other and further damages as may be available in accord

16  with California Business and Professions Code Sections 14330 and/or  17200 *et seq.*

17      9.      That judgment be further rendered jointly and severally against the

18  Supplier Defendants, and each of them, for:

19         a.      All profits, gains and advantages received by any of the Supplier

20  Defendants as a result of any of the Supplier Defendants' respective acts of

21  contributory copyright infringement, as provided by 17 U.S.C. Section 504;

22         b.      All damages suffered by Plaintiff as a result of any of the

23  Supplier Defendants' respective acts of contributory copyright infringement, as

24  provided by 17 U.S.C. Section 504;

25         c.      Statutory damages against each of the Supplier Defendants in the

26  amount of up to $30,000.00, or $150,000.00 if such acts are found to be willful, for

27  each copyrighted work contributorily infringed according to proof, as provided for

28  in 17 U.S.C. Section 504(c), if statutory damages are recoverable under the

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02                                   32                        COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1   circumstances and such amounts are greater than the amounts of items (a) and (b),

2   above;

3          d.    All income, gains, profits and other advantages received by any

4   of the Supplier Defendants and all damages sustained by Plaintiff, on account of the

5   Supplier Defendants' respective acts of contributory unfair competition; and

6   furthermore, that such profits and damages as found herein be trebled pursuant to 15

7   U.S.C. Section 1117;

8          e.    All income, gains, profits and other advantages received by any

9   of the Supplier Defendants and all damages sustained by Plaintiff on account of the

10  Supplier Defendants' respective acts of contributory state law unfair competition

11  and/or dilution or injury to business reputation;

12         f.    Exemplary and punitive damages; and

13         g.    Such other and further damages as may be available in accord

14  with California Business and Professions Code Section 17200 *et seq*.

15      10.    That judgment be further rendered jointly and severally against each of

16  the Defendants for restitutionary damages in amounts to be determined at trial, but

17  in no event less than all income, gains, profits and other advantages derived as a

18  result of such defendant's direct and/or contributory unfair business activities.

19      11.    That Plaintiff have and recover his costs and disbursements incurred in

20  this action, including an award of his reasonable attorneys' and investigator's fees.

21      12.    That Plaintiff have and recover prejudgment interest on all profits and

22  damages awarded by this Court.

23      13.    That the Court retain jurisdiction of this action for the purpose of

24  enabling Plaintiff to apply to the Court at any time for such further orders and

25  directions as may be necessary or appropriate for the interpretation or execution of

26  any order entered in this action, for the modification of any such order, for the

27  enforcement of compliance therewith and for the punishment of any violations

28  thereof.

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

33

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

1        14.    That Plaintiff have such other and further relief as the Court may deem

2 just and proper.

3

4 DATED: March __, 2010        TODD W. BONDER, ESQ.

5                        WILLIAM NATHAN CANBY, ESQ.
                           ROSENFELD, MEYER & SUSMAN, LLP

6

7                      By:_____

8                             Todd W. Bonder
                   Attorneys for Plaintiff DERECK SELTZER

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02              34          COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

# DEMAND FOR JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), plaintiff DERECK SELTZER hereby demands trial by jury of all issues so triable.

DATED:  March __, 2010

TODD W. BONDER, ESQ.
WILLIAM NATHAN CANBY, ESQ.
ROSENFELD, MEYER & SUSMAN, LLP

By:_____

Todd W. Bonder
Attorneys for Plaintiff DERECK SELTZER

LAW OFFICES
ROSENFELD,
MEYER &
SUSMAN, LLP

476258.02

35

COMPLAINT FOR COPYRIGHT
INFRINGMENT, LANHAM ACT -
UNFAIR COMPETITION; ETC

Exhibit " A "

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-690-424**

**Effective date of
registration:**

November 19, 2009

## Title

**Title of Work:** Scream Icon

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** October 7, 2006     **Nation of 1st Publication:** United States

## Author

**■**    **Author:** Dereck Seltzer

**Author Created:** 2-D artwork

**Citizen of:** United States

**Year Born:** 1985

## Copyright claimant

**Copyright Claimant:** Dereck Seltzer

241 S. Church Lane, Los Angeles, CA 90049, United States

## Rights and Permissions

**Name:** Dereck Seltzer

**Email:** dereckseltzer@yahoo.com     **Telephone:** 310-531-6972

**Address:** 241 S. Church Lane,

Los Angeles, CA 90049 United States

## Certification

**Name:** Todd W. Bonder

**Date:** November 16, 2009

**Applicant's Tracking Number:** 00157-030000