# EXHIBIT 9



EXHIBIT 9

8

# EXHIBIT 10



EXHIBIT 10

9

# EXHIBIT 11



EXHIBIT 11

10

# EXHIBIT 12



EXHIBIT 12

11

# EXHIBIT 13



EXHIBIT 13

12

# EXHIBIT 14

From:     "JUSTIn@artfag" <justin@artfag.tv>
Subject:  **Fwd: Please Read : Unauthorized use of artwork by GREEN DAY - Los Angeles Forum**
Date:     September 25, 2009 8:04:27 PM PDT
To:       "roger@pedg.tv" <roger@pedg.tv>
▸         2 Attachments, 124 KB

-JUSTIn-

www.artfag.tv

**Begin forwarded message:**

From: "Pat Magnarella" <Pat@pmmia.com>
Date: September 25, 2009 5:04:27 PM EDT
To: "JUSTIn collie" <justin@artfag.tv>, "Chris Bilhaimer" <crb@chronictown.com>
Subject: FW: Please Read : Unauthorized use of artwork by GREEN DAY - Los Angeles Forum

???????

Pat Magnarella
PMC / Adeline Records
543 Encinitas Blvd., Ste 101
Encinitas, CA 92024
Office: 760-479-0103
Fax: 760-479-2574
Email: pat@pmmia.com

----Original Message----
From: Lorrin Golembieski
Sent: Friday, September 25, 2009 2:55 PM
To: Pat Magnarella
Subject: FW: Please Read : Unauthorized use of artwork by GREEN DAY - Los Angeles Forum

Lorrin Golembieski
PMC / ADELINE
Sent via Blackberry

----- Original Message -----
From: EUTHANASIA DESIGN <euthanasiadesign@yahoo.com>
To: [illegible]
Subject: Please Read : Unauthorized use of artwork by GREEN DAY : Los Angeles forum

Hello

My name is Dereck Seltzer and I am a Los Angeles based Illustrator I am writing in concern to the improper and unlicensed use of one of my images by the band Green day. On 8/25/2009 what appears to be a forty foot tall reproduction of one of my drawings appeared onstage behind the band while they played their set at the Los Angeles forum. I was never contacted about the use of my material, nor was permission given or sanctioned for the use of my images for the band

I have attached photos from the show which verify the use of the image, as well as a link to my website where you can see photos of installations done using the same image (for the film Sympathy for Delicious) as well as other material which predates the show by over five years

I would greatly appreciate the information for the bands manager or record label so that i may directly contact who ever is in charge of their stage show and work out a resolution to this issue. I am a tremendous fan of the band and was shocked to see my work on stage with them, and would like to know how they acquired the image and if it was used beyond that one night as I received no credit for the use of my work

Thank you for your time

Dereck Seltzer

310 531 8972

Link for verification of the work:
http://hauntedeuth.com/artwork/911056.html

http://usera.ImageCave.com/euthanasiaone/1455609395_2176f78c9.jpg
http://usera.ImageCave.com/euthanasiaone/2060787318_12fc2d4bcd.jpg
http://usera.ImageCave.com/euthanasiaone/March_Back_07.jpg

Video footage of Green Day with my work visible ( T 1 45) http://www.youtube.com/watch?v=x_m_Ki7SCsI

ST-000004

EXHIBIT 14

13



ST-000005

EXHIBIT 14

14