```
 1                                                    E-FILED 08/26/11
 2                                                    CLOSED
 3
 4
 5
 6
```

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DERECK SELTZER, | Case No. CV 10-02103 PSG (PLAx) |
| Plaintiff, | |
| vs. | [~~PROPOSED~~] JUDGMENT |
| GREEN DAY, INC., a corporation; GREEN DAY TOURING, INC., a corporation; GREEN DAY, a partnership; GREEN DAY, a business entity (form unknown); BILLIE JOE ARMSTRONG, an individual; FRANK EDWIN WRIGHT, III, professionally known as TRE COOL, an individual; MICHAEL PRITCHARD professionally known as MIKE DIRNT, an individual; WARNER BROS. RECORDS INC., a corporation; INFECT PRODUCTIONS, a partnership; INFECT PRODUCTIONS, a business entity (form unknown); ROGER STAUB, an individual; and PERFORMANCE ENVIRONMENT DESIGN, a business entity (form unknown), | Courtroom of the Honorable Philip S. Gutierrez United States District Judge |
| Defendants. | |

## JUDGMENT

The Motion of defendants Green Day, Inc., Green Day Touring, Inc., Billie Joe Armstrong, Frank Edwin Wright, III, Michael Pritchard and Warner Bros. Records Inc. for Summary Judgment, in which Motion the other defendants joined, having come on regularly before this Court, the Honorable Philip S. Gutierrez, United States District Judge presiding, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered on August 18, 2011,

**IT IS ORDERED AND ADJUDGED** that plaintiff Dereck Seltzer take nothing, that the action be dismissed on the merits and that defendants recover their costs from plaintiff.

Dated: 08/26/11

PHILIP S. GUTIERREZ
The Honorable Philip S. Gutierrez
United States District Judge

*Submitted by*:

Peter J. Anderson, Esq.
E-Mail: pja@pjanderson.com
LAW OFFICES OF PETER J. ANDERSON
A Professional Corporation
100 Wilshire Boulevard, Suite 2010
Santa Monica, CA 90401
Tel: (310) 260-6030
Fax: (310) 260-6040

Attorney for Defendants
GREEN DAY TOURING, INC.,
GREEN DAY, INC., BILLIE JOE ARMSTRONG,
FRANK EDWIN WRIGHT, III, MICHAEL PRITCHARD
and WARNER BROS. RECORDS INC.