1
2
3
4
5
6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| 10  DERECK SELTZER, | Case No. CV 10-02103 PSG (PLAx) |
| 11      Plaintiff, | |
| 12      vs. | [~~PROPOSED~~] JUDGMENT AWARDING ATTORNEY'S FEES (DEFENDANT ROGER STAUB) |
| 13  GREEN DAY, INC., a corporation; GREEN DAY TOURING, INC., a corporation; GREEN DAY, a partnership; GREEN DAY, a business entity (form unknown); BILLIE JOE ARMSTRONG, an individual; FRANK EDWIN WRIGHT, III, professionally known as TRE COOL, an individual; MICHAEL PRITCHARD professionally known as MIKE DIRNT, an individual; WARNER BROS. RECORDS INC., a corporation; INFECT PRODUCTIONS, a partnership; INFECT PRODUCTIONS, a business entity (form unknown); ROGER STAUB, an individual; and PERFORMANCE ENVIRONMENT DESIGN, a business entity (form unknown), | Courtroom of the Honorable Philip S. Gutierrez United States District Judge |
| 22      Defendants. | |

## JUDGMENT

The Motion of Defendant Roger Staub, individually, and Roger Staub d/b/a/ Infect Productions ("Roger Staub") for Award of Attorney's Fees having come on regularly before this Court, the Honorable Philip S. Gutierrez, United States District Judge presiding, and the evidence and argument of counsel having been fully considered and the Court having entered its Order granting that Motion,

**IT IS ORDERED AND ADJUDGED** that Defendant Roger Staub shall recover from Plaintiff Dereck Seltzer $22,340 in attorney's fees.

Dated: November 28, 2011

_____
The Honorable Philip S. Gutierrez
United States District Judge

*Submitted by*:

Bruce Isaacs, Esq.
E-Mail: bisaacs@wymanisaacs.com
WYMAN & ISAACS LLP
5757 Wilshire Blvd., Suite 475
Los Angeles, CA 90036
Tel: (323) 648-4141
Fax: (332) 648-4133

Attorney for Defendant
ROGER STAUB d/b/a INFECT PRODUCTIONS

1